**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1321**
_____

BATSAIHAN PURVEEGIIN,

Plaintiff - Appellant,

versus

BOARD OF IMMIGRATION APPEALS, Members; PAUL
MILLER; MAUREEN CAUFFNE, Et Most Isreailists
Members; JOSEPH HOHENSTEIN, DHS/ICE Counsel;
DAVID B. HOLMES; GERALD S. HURWITZ; EDWARD R.
GRANT; FREDERICK D. HESS; SUE GEARHARD,

Defendants - Appellees,

and

YORK LIT, Et Most Isreailists Members; NEIL P.
MILLER,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:07-cv-00100-TSE)

_____

Submitted:  July 24, 2007          Decided:  July 27, 2007

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Batsaihan Purveegiin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Batsaihan Purveegiin appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Purveegiin v. Board of Immigration Appeals</u>, No. 1:07-cv-00100-TSE (E.D. Va. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>